## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------x
:
In re                                               : Chapter 11
:
24 HOUR FITNESS WORLDWIDE, INC., *et al.,*          : Case No. 20-11558 (KBO)
:
Debtors.[1]                                         : Jointly Administered
:
----------------------------------------------------x   :
EDUARDO DERAS-NAVA,                                 :
:
      Plaintiff,                                 :
:
   v.                                           : Adv. Pro. No.: 20-51050(KBO)
:
24 HOUR FITNESS USA, INC. and                       :
24 HOUR FITNESS WORLDWIDE, INC.,                    :
:
      Defendants.                                :
----------------------------------------------------x   :

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

      Address of Clerk:

            824 Market Street, 3rd Floor
            Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

      Smith, Katzenstein & Jenkins LLP
      Kathleen M. Miller (#2898)
      1000 West Street, Suite 1501
      Wilmington, DE 19801
      kmiller@skjlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

        824 Market Street
        6th Floor
        Wilmington, DE 19801        TBD


**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
     of Delaware**

                                                /s/ *Una O'Boyle*
                                                *Clerk of the Bankruptcy Court*

Date: _January 29, 2021_____